THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHRISTOPHER L. DUNN, ADC #113626**                                              **PLAINTIFF**

**v.**                               **Case No. 2:19-cv-00028-KGB**

**SEDRIC FRANKLIN**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Christopher L. Dunn's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 8th day of May, 2020.

_____
Kristine G. Baker
United States District Judge